NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM M. PEARSON, as personal )
representative of the Estate of Helen G. )
Pearson, )
           )
           Petitioner, )
           )
v. )    Case No. 2D18-1333
           )
CHARLES KAZAKOS; MARGARET )
KAZAKOS; and MICHAEL A. KAZAKOS, )
           )
           Respondents. )
_____)

Opinion filed August 17, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; Lauren L. Brodie,
Judge.

D. Keith Wickenden of Gant Fridkin
Pearson, P.A., Naples, for Petitioner.

Lawrence A. Farese of Robins Kaplan
LLP, Naples, for Respondents.

PER CURIAM.

           Denied.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.